E-FILED
Thursday, 03 May, 2018 01:58:47 PM
Clerk, U.S. District Court, ILCD

FILED

MAY 0 2 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.  18-30022 |
| | ) | |
| v. | ) | |
| | ) | VIO: 21 U.S.C. §§ 846, |
| BROCK A. PURDY, and | ) | 841(a)(1) and (b)(1)(A) |
| BRENDON RICHARDSON, | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

## COUNT ONE
(Conspiracy to distribute a controlled substance)

**THE GRAND JURY CHARGES THAT:**

1.    Beginning on an unknown date but not later than
September 1, 2016, and continuing to on or about February 21,
2017, in the Central District of Illinois and elsewhere,

**BROCK A. PURDY and BRENDON RICHARDSON,**

the defendants herein, knowingly and intentionally conspired and
agreed with other persons, known and unknown, to distribute 50
grams or more of methamphetamine (actual), a Schedule II
controlled substance.

1

2.      One or more of the defendants or conspirators, both indicted and unindicted, committed overt acts in furtherance of this conspiracy and to effect and accomplish the objects of it.

3.      It was part of the conspiracy, for instance, that BROCK A. PURDY would make purchases of methamphetamine from a source in California using the Internet.

4.      It was further part of the conspiracy that methamphetamine that BROCK A. PURDY purchased from the California source was shipped via private and/or public mail carriers to BROCK A. PURDY and to BRENDON RICHARDSON.

5.      It was further part of the conspiracy that BROCK A. PURDY supplied BRENDON RICHARDSON with methamphetamine for BRENDON RICHARDSON to sell to his own customers.

6.      It was further part of the conspiracy that BROCK A. PURDY facilitated communication between BRENDON RICHARDSON and potential methamphetamine purchasers to allow BRENDON RICHARDSON to increase his sales of methamphetamine.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

2

## COUNT TWO
(Attempt possession with intent to distribute a controlled substance)

Between on or about February 7, 2017 and February 15,

2017, in the Central District of Illinois,

### BROCK A. PURDY,

the defendant herein, knowingly and intentionally attempted to

possess with the intent to distribute 50 grams or more of

methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846,

841(a)(1) and (b)(1)(A).

## COUNT THREE
(Attempt possession with intent to distribute a controlled substance)

Between on or about February 7, 2017 and February 15,

2017, in the Central District of Illinois,

### BRENDON RICHARDSON,

the defendant herein, knowingly and intentionally attempted to

possess with the intent to distribute 50 grams or more of

methamphetamine (actual), a Schedule II controlled substance.

3

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/ Gregory K. Harris

JOHN E. CHILDRESS
UNITED STATES ATTORNEY
VBY